**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1521**

In re:  BEVERLY BYRD; RALPH T. BYRD,

                Debtors.

- - - - - - - - - - - - - -

BEVERLY BYRD; RALPH T. BYRD,

                Plaintiffs - Appellants,

        v.

JAMES M. HOFFMAN,

                Defendant – Appellee,

        and

GREGORY P. JOHNSON,

                Trustee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Alexander Williams, Jr., District
Judge.  (8:07-cv-01730-AW)

Submitted:  July 10, 2009          Decided:  August 13, 2009

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

———————————

Ralph T. Byrd, Laytonsville, Maryland, for Appellants.  Stephen A. Metz; John D. Sadler, SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A., Rockville, Maryland; James M. Hoffman, GOREN, WOLFF & ORENSTEIN, LLC, Rockville, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Beverly and Ralph Byrd appeal from the district court's order affirming the bankruptcy court's order granting in part the bankruptcy trustee's emergency motion for relief from the automatic stay, declaring void the state court complaint filed by the Byrds, imposing an injunction, and denying their motion for reconsideration. We have reviewed the parties' briefs, the joint appendix, and the lower courts' opinions and orders and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Byrd v. Hoffman, No. 8:07-cv-01730-AW (D. Md. Mar. 31, 2008). We deny the Byrds' motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED